STATE v. COLLINS

No. 341P01

Case below: 143 N.C. App. 716

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 16 August 2001.

STATE v. CONRAD

No. 315P01

Case below: 137 N.C. App. 588

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001. Justice Edmunds recused.

STATE v. FULP

No. 342PA01

Case below: 144 N.C. App. 428

Petition by Attorney General for writ of supersedeas allowed 16 August 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 16 August 2001.

STATE v. GRAY

No. 556A93-2

Case below: Lenior County Superior Court

Motion by defendant to stay proceedings pending U.S. Supreme Court's decision in *Michens v. Taylor*, 00-9285 allowed 16 August 2001.

STATE v. HALL

No. 372P01

Case below: 143 N.C. App. 717

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 16 August 2001. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 16 August 2001.